```
                    UNITED STATES DISTRICT COURT
                         District of Maine
```

| | | |
|---|---|---|
| LORI ANN BROGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 06-33-B-W |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 6, 2006 his Recommended Decision.  Plaintiff filed her objections to the Recommended Decision on December 20, 2006 and Defendant filed her response to those objections on December 22, 2006.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate's Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. The commissioner's decision is AFFIRMED.

```
                                        /s/JOHN A. WOODCOCK, JR.
                                        U.S. District Judge
```

Dated this 26th day of December, 2006.